# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Scott Michael Denney and Paula Marie Denney

      Debtor(s)

In Proceedings
Under Chapter 13

BK 15–30652–lkg

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–3460   xxx–xx–0264

## ORDER TO EMPLOYER TO PAY CHAPTER 13 TRUSTEE

    The Debtor, Scott Michael Denney, having filed a petition under Chapter 13 of the Bankruptcy Code, has submitted both his/her person and his/her assets, including future income, to the jurisdiction of this Court. The Court finds it to be in the best interest of the Debtor(s), as well as the creditors, to have the Debtor's future wages or other income needed to fund the Chapter 13 Plan turned over to the Trustee for distribution. It is hereby

    **ORDERED** that Debtor's employer or other payor of income, Midwestern Petroleum, whose address is Attn Payroll Dept., 6760 Southwest Ave., St. Louis, MO 63143 withhold the sum of $380.00 monthly from the Debtor's income and forward the withheld income to the Chapter 13 Trustee each month. (The amounts withheld from each payment of the Debtor's wages and the date for disbursement to the Chapter 13 Trustee shall coincide with the employer's regular payroll dates.) These monies shall be made payable and mailed to:

        Russell C. Simon
        Chapter 13 Trustee
        PO Box 1898
        Memphis, TN 38101–1898
        (618) 277–0086

    This Order shall remain in full force and effect until the earlier of (i) further Order of this Court or (ii) the Debtor's employment with the above referenced employer is terminated.

    This Order supercedes any previous Order issued by this Court with respect to the Debtor's wages.

    The Clerk shall issue a copy of this Order to the above named employer, the Debtor, Debtor's counsel, and the Chapter 13 Trustee.

ENTERED: April 27, 2015                         /s/ Laura K. Grandy
                                                          UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Illinois

In re:
Scott Michael Denney
Paula Marie Denney
    Debtors

Case No. 15-30652-lkg
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0754-3　　　　User: nm　　　　Page 1 of 1　　　　Date Rcvd: Apr 27, 2015
　　　　　　　　　　　　　Form ID: 182　　　Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2015.
```
db          +Scott Michael Denney,    7809 West Main,    Belleville, IL 62223-2011
            +Midwestern Petroleum,    Attn Payroll Dept,    6760 Southwest Ave,    St. Louis, MO 63143-2624
jtdb        +Paula Marie Denney,    219 Rue Sans Souci,    Bethalto, IL 62010-2868
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2015　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2015 at the address(es) listed below:
```
              Russell C Simon    simontrustee@yahoo.com, pacer@simonch13trustee.com
              United States Trustee    USTPRegion10.es.ecf@usdoj.gov
              William A Mueller -  Mueller Associates    on behalf of Debtor Scott Michael Denney
               belleville@tbcwam.com, tbcbackup@yahoo.com
              William A Mueller -  Mueller Associates    on behalf of Joint Debtor Paula Marie Denney
               belleville@tbcwam.com, tbcbackup@yahoo.com
                                                                                             TOTAL: 4
```