# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Scott Michael Denney and Paula Marie Denney

     Debtor(s)

In Proceedings
Under Chapter 13

BK 15−30652−lkg

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−3460    xxx−xx−0264

## ORDER

The above named debtor(s) having filed a Chapter 13 proceedings before this Court,

**IT IS ORDERED** that the debtor(s) pay to the Trustee, within thirty (30) days from the date the petition was filed/converted, and every month thereafter, the sum required under the proposed plan. Failure to make any payment under the plan may result in dismissal of the case without further notice or hearing.

ENTERED: April 25, 2015

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Illinois

In re:                                                                         Case No. 15-30652-lkg
Scott Michael Denney                                                           Chapter 13
Paula Marie Denney
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0754-3          User: admin              Page 1 of 1           Date Rcvd: Apr 27, 2015
                              Form ID: 183             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2015.
db           +Scott Michael Denney,   7809 West Main,   Belleville, IL 62223-2011
jtdb         +Paula Marie Denney,   219 Rue Sans Souci,   Bethalto, IL 62010-2868

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2015 at the address(es) listed below:
              Russell C Simon    simontrustee@yahoo.com,  pacer@simonch13trustee.com
              United States Trustee    USTPRegion10.es.ecf@usdoj.gov
              William A Mueller -   Mueller Associates    on behalf of Debtor Scott Michael Denney
               belleville@tbcwam.com,   tbcbackup@yahoo.com
              William A Mueller -   Mueller Associates    on behalf of Joint Debtor Paula Marie Denney
               belleville@tbcwam.com,   tbcbackup@yahoo.com
                                                                                             TOTAL: 4